IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| ELIZABETH RIZZUTO, individually and in her capacity as surviving spouse of CHARLES RIZZUTO, JR., deceased, and as personal representative of the estate of CHARLES RIZZUTO, JR., | §<br>§<br>§<br>§<br>§<br>§ | No. 62, 2015<br><br>Court Below:<br><br>Superior Court of the<br>State of Delaware, in and for |
| Plaintiffs Below-Appellants, | §<br>§ | New Castle County |
| v. | §<br>§ | |
| | § | C.A. No. N10C-12-156 DCS |
| DELAWARE CLINICAL AND LABORATORY PHYSICIANS, P.A., a Delaware corporation, | §<br>§<br>§<br>§ | |
| | § | |
| Defendant Below-Appellee. | § | |

Submitted: October 21, 2015
Decided: October 22, 2015

Before **VALIHURA**, **VAUGHN** and **SEITZ**, Justices.

**O R D E R**

This 22nd day of October 2015, having considered this matter on the oral arguments and the briefs of the parties, and having concluded that the same should be affirmed on the basis of and for the reasons assigned by the Superior Court in its February 2, 2015 Opinion;

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court be, and the same hereby is, AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice